# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1228

_____

| | | |
|---|---|---|
| Donald J. Dockery, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Timothy P. Burns; Scott C. Sladek; | * | District of Nebraska. |
| John J. Jedlicka; William H. Ouren; | * | |
| Omaha Public Defender's Office, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: October 23, 2007
Filed: November 7, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Donald Dockery appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that dismissal was proper. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.